IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Willie Earl Robinson, | ) | C/A No.: 3:12-1146-MBS-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| John M. McHugh, Secretary, Department of the Army, | ) | |
| Defendant. | ) | |

This action is filed by a *pro se* litigant ("Plaintiff"), who is seeking to proceed *in forma pauperis*. Therefore, under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. By order dated June 22, 2012, the court directed Plaintiff to bring this case into proper form within a specified time. [Entry #9]. Plaintiff substantially complied with the court's order, and this case is now in proper form.

Upon review of Plaintiff's answers to the court's special interrogatories [Entry #14], it appears that Plaintiff is able to pay the filing fee in this action, and a contemporaneously-filed report recommends that Plaintiff's motion to proceed *in forma pauperis* be denied. Therefore, the Clerk of Court is directed *not* to issue the summonses for service of process at this time.

IT IS SO ORDERED.

*Shiva V. Hodges*

August 6, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge