IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Willie Earl Robinson, | ) | C/A No.: 3:12-cv-1146-TLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| John M. McHugh, Secretary, | ) | |
| Department of the Army, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# ORDER

On April 30, 2012, Willie Earl Robinson filed this employment discrimination case alleging claims under the Rehabilitation Act of 1973, 29 U.S.C. §§ 701, et seq. (Doc. # 1). The matter now comes before this Court on for review of the Report and Recommendation ("Report") filed by Magistrate Judge Shiva V. Hodges, (Doc. #62), to whom this case was previously assigned. In the Report, the Magistrate Judge recommends that the Court grant Defendant's motion for summary judgment, (Doc. #55), and dismiss Plaintiff's complaint in its entirety . (Doc. #62). Objections were due by March 31, 2014. Petitioner has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not

1

required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation, (Doc. # 62), is **ACCEPTED**, and Plaintiff's complaint, (Doc. #1), is **DISMISSED** in its entirety.

**IT IS SO ORDERED**.

s/Terry L. Wooten
Chief United States District Judge

June 23, 2014
Columbia, South Carolina